AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARY KATHERINE DAY-PETRAND,
DAVID FRANK PETRAND,

*Plaintiff(s)*

v.

Civil Action No. 3:26-cv-519-JEP-PDB

JOHN MILLER, individually, BRADFORD COUNTY TELEGRAPH, INC., GEORGE PAUL "GORDON" SMITH, SHERIFF OF BRADFORD COUNTY, FLORIDA, individually and in official capacity, THE FLORIDA BAR, FLORIDA SUPREME COURT, Eighth Judicial Circuit of Florida, ~~State of Florida, BRADFORD COUNTY, FLORIDA~~ (DOE 1), DAWN MCKINLEY, individually and in official capacity as BRADFORD COUNTY Animal Control Sheriff Deputy (DOE 2), BRADFORD COUNTY ANIMAL CONTROL, as a subdivision of BRADFORD COUNTY, FLORIDA (DOE 3), ANN MILLER (DOE 4), JENNIFER FRANK, DVM (DOE 5), SERGEANT Glenn WARD, individually and in official capacity as a Sheriff of BRADFORD COUNTY, FLORIDA, ADMINISTRATIVE SERVICES (DOE 6), and DOES 7-10, inclusive,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: EIGHTH JUDICIAL CIRCUIT OF FLORIDA
CHIEF JUDGE
ALACHUA COUNTY FAMILY & CIVIL JUSTICE CENTER
201 EAST UNIVERSITY AVENUE
GAINESVILLE, FLORIDA 32601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARY KATHERINE DAY-PETRAND
DAVID FRANK PETRAND
2501 SE 143RD WAY
STARKE, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/20/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MARY KATHERINE DAY-PETRANO,
DAVID FRANK PETRANO,

Plaintiff(s)

v.

JOHN MILLER, individually, BRADFORD COUNTY TELEGRAPH, INC., GEORGE PAUL "GORDON" SMITH, SHERIFF OF BRADFORD COUNTY, FLORIDA, individually and in official capacity, THE FLORIDA BAR, FLORIDA SUPREME COURT, EIGHTH JUDICIAL CIRCUIT OF FLORIDA, STATE OF FLORIDA, BRADFORD COUNTY, FLORIDA (DOE 1), DAVID MCKINLEY, individually and in official capacity as BRADFORD COUNTY ANIMAL CONTROL SHERIFF DEPUTY (DOE 2), BRADFORD COUNTY ANIMAL CONTROL, as a SUBDIVISION OF BRADFORD COUNTY, FLORIDA (DOE 3), ANN MILLER (DOE 4), JENNIFER FRANK DUM (DOE 5), SERGEANT GLENN WARD, individually and in official capacity as a SHERIFF OF BRADFORD COUNTY, FLORIDA, ADMINISTRATIVE SERVICES (DOE 6), AND DOES 7-10, INCLUSIVE.

Defendant(s)

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TO: ANN MILLER (DOE 4)
131 WEST CALL ST.
STARKE, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARY KATHERINE DAY-PETRANO
DAVID FRANK PETRANO
2501 SE 143RD WAY
STARKE, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/20/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MARY KATHERINE DAY-PETRANO,
DAVID FRANK PETRANO,

*Plaintiff(s)*

v.

Civil Action No. 3:26-cv-519-JEP-PDB

JOHN MILLER, individually, BRADFORD COUNTY TELEGRAPH, INC., GEORGE PAUL "GORDON" SMITH, SHERIFF of BRADFORD COUNTY, FLORIDA, individually and in official capacity, THE FLORIDA BAR, FLORIDA SUPREME COURT, EIGHTH JUDICIAL CIRCUIT of FLORIDA, STATE OF FLORIDA, BRADFORD COUNTY, FLORIDA (DOE 1), DAWN MCKINSEY, individually and in official capacity AS BRADFORD COUNTY ANIMAL CONTROL SHERIFF deputy (DOE 2), BRADFORD COUNTY ANIMAL CONTROL, a subdivision of BRADFORD COUNTY FLORIDA (DOE 3), ANN MILLER (DOE 4), JENNIFER FRANK, DVM (DOE 5), SERGEANT GLENN WARD, individually and in official capacity as a Sheriff of BRADFORD COUNTY, FLORIDA, ADMINISTRATIVE SERVICES (DOE 6), and DOES 7-10 inclusive,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TO:, BRADFORD COUNTY, FLORIDA
COUNTY COMMISSION / COUNTY ADMINISTRATOR
945 N. TEMPLE AVENUE
STARKE, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARY KATHERINE DAY-PETRANO
DAVID FRANK PETRANO
2551 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/20/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MARY KATHERINE DAY-PETRANO,
DAVID FRANK PETRANO,

*Plaintiff(s)*

v.

JOHN MILLER, individually, BRADFORD COUNTY TELEGRAPH, INC., GEORGE PAUL & GORDON SMITH, SHERIFF OF BRADFORD COUNTY, FLORIDA, individually and in official capacity, THE FLORIDA BAR, FLORIDA SUPREME COURT, EIGHTH JUDICIAL CIRCUIT OF FLORIDA, STATE OF FLORIDA, BRADFORD COUNTY, FLORIDA (DOE 1), DAWN MCKINSLY, individually and in official capacity as BRADFORD COUNTY ANIMAL CONTROL SHERIFF DEPUTY (DOE 2), BRADFORD COUNTY ANIMAL CONTROL, as a subdivision of BRADFORD COUNTY, FLORIDA (DOE 3), ANN MILLER (DOE 4), JENNIFER FRANK, DVM (DOE 5), SERGEANT GLENN WARD, individually and in official capacity as a Sheriff of BRADFORD COUNTY, FLORIDA, ADMINISTRATIVE SERVICES (DOE 6), and DOES 7-10, INCLUSIVE.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAWN MCKINSLY, individually and in official capacity as BRADFORD COUNTY ANIMAL CONTROL SHERIFF DEPUTY
16946 SW 75th Avenue
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARY KATHERINE DAY-PETRANO
DAVID FRANK PETRANO
2501 SE 143RD WAY
STARKE, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/20/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MARY KATHERINE DAY-PETRANO,
DAVID FRANK PETRANO,

*Plaintiff(s)*

v.

JOHN MILLER, individually, BRADFORD COUNTY TELEGRAPH, INC., GEORGE PAUL "GORDON" SMITH, SHERIFF OF BRADFORD COUNTY, FLORIDA, individually and in official capacity, THE FLORIDA BAR, FLORIDA SUPREME COURT, EIGHTH JUDICIAL CIRCUIT OF FLORIDA, STATE OF FLORIDA, BRADFORD COUNTY, FLORIDA (DOE 1), DAWN McKINSEY, individually and in official capacity as BRADFORD COUNTY ANIMAL CONTROL SHERIFF DEPUTY (DOE 2), BRADFORD COUNTY ANIMAL CONTROL, as a subdivision of BRADFORD COUNTY, FLORIDA (DOE 3), ANN MILLER (DOE 4), JENNIFER FRANK, DVM (DOE 5), SERGEANT GLENN WARD, individually and in official capacity as a SHERIFF OF BRADFORD COUNTY, FLORIDA, ADMINISTRATIVE SERVICES (DOE 6), and DOES 7-10, inclusive.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* To: BRADFORD COUNTY ANIMAL CONTROL AS A SUBDIVISION OF BRADFORD COUNTY, FLORIDA (DOE 3)
16946 SW 75th Avenue
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARY KATHERINE DAY-PETRANO
DAVID FRANK PETRANO
2529 SE 143RD WAY
STARKE, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/20/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MARY KATHERINE DAY-PETRANO,
DAVID FRANK PETRANO,

*Plaintiff(s)*

v.

JOHN MILLER, individually, BRADFORD COUNTY TELEGRAPH, INC., GEORGE PAUL "GORDON" SMITH, SHERIFF OF BRADFORD COUNTY, FLORIDA, individually and in official capacity, THE FLORIDA BAR, FLORIDA SUPREME COURT, EIGHTH JUDICIAL CIRCUIT OF FLORIDA, STATE OF FLORIDA, BRADFORD COUNTY, FLORIDA (DOE 1), DAWN MCKINLEY, individually and in official capacity as BRADFORD COUNTY ANIMAL CONTROL SHERIFF DEPUTY (DOE 2), BRADFORD COUNTY ANIMAL CONTROL, as a subdivision of BRADFORD COUNTY, FLORIDA (DOE 3), ANN MILLER (DOE 4), JENNIFER FRANK, DVM (DOE 5), SERGEANT GLENN WARD, individually and in official capacity as a Sheriff of BRADFORD COUNTY, FLORIDA; ADMINISTRATIVE SERVICES (DOE 6) and DOES 7-10, inclusive.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

To: JENNIFER FRANK, DVM (DOE 5)
JENNIFER FRANK MOBILE VETERINARY SERVICES, LLC
3436 NW 17th TERRACE
GAINESVILLE, FL 32605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine DAY-Petrano
DAVID PETRANO
2501 SE 143RD WAY
STARKE, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/20/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MARY KATHERINE DAY-PETRANO,
DAVID FRANK PETRANO,

*Plaintiff(s)*

v.

JOHN MILLER, individually, BRADFORD COUNTY TELEGRAPH INC., GEORGE PAUL "GORDON" SMITH, SHERIFF OF BRADFORD COUNTY, FLORIDA, individually and in official capacity, THE FLORIDA BAR, FLORIDA SUPREME COURT, EIGHTH JUDICIAL CIRCUIT OF FLORIDA, STATE OF FLORIDA, BRADFORD COUNTY, FLORIDA (DOE 1), DAWN MCKINSEY, individually and in official capacity as BRADFORD COUNTY ANIMAL CONTROL SHERIFF DEPUTY (DOE 2), BRADFORD COUNTY ANIMAL CONTROL as a SUBDIVISION OF BRADFORD COUNTY, FLORIDA (DOE 3), ANN MILLER (DOE 4), JENNIFER FRANK DUM (DOE 5), SERGEANT GLENN WARD, individually and in official capacity as a SHERIFF of BRADFORD COUNTY, FLORIDA, ADMINISTRATIVE SERVICES (DOE 6), and DOES 7-10, INCLUSIVE

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SERGEANT GLENN WARD, individually and in official capacity as a SHERIFF OF BRADFORD COUNTY, FLORIDA, ADMINISTRATIVE SERVICES (DOE 6)
CIVIL PROCESS/SHERIFFS OFFICE
945-B ~~Temple~~ NORTH TEMPLE AVENUE
STARKE, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARY KATHERINE DAY-PETRANO
DAVID FRANK PETRANO
2501 SE 143RD WAY
STARKE, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/20/2026

*Signature of Clerk or Deputy Clerk*