AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Am Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN MILLER, individually
131 West Call St,
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida
Jacksonville Division

Mary Katherine Day-Petrano, David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TO: Bradford County Telegraph, Inc
131 West Call St.
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano, David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Mayor Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity
945-B North Temple Avenue
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRADFORD COUNTY ANIMAL CONTROL, as a subdivision of BRADFORD COUNTY, Florida (DOE 3)
16946 SW 75th Avenue
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: Ann Miller (DOE 4)
131 West Call St.
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

Civil Action No. 3:26-cv-519-JEP-PDB

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE FLORIDA BAR, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Mayor Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: BRADFORD COUNTY, FLORIDA (DOE 1)
County Commission / County Administrator
945 N. Temple Avenue
STARKE, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida
Jacksonville Division

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

Civil Action No. 3:26-cv-519-JEP-PDB

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officers (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officers (DOE 2)
945-B North Temple Avenue
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Mayor Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida Administrative Services (DOE 6)
945-B North Temple Avenue
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: Eighth Judicial Circuit of Florida
Chief Judge
Alachua County Family & Civil Justice Center
Gainesville, FL 32601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Mary Katherine Day-Petrano,
David Frank Petrano

*Plaintiff(s)*

v.

John Miller, individually, Bradford County Telegraph, Inc., George Paul "Gordon" Smith, Sheriff of Bradford County, Florida, individually and in official capacity, THE Florida Bar, Florida Supreme Court, Eighth Judicial Circuit of Florida, State of Florida, Bradford County, Florida (DOE 1), Major Dawn Mueller, individually and in official capacity as supervisor of Bradford County "Certified Animal Control officer (DOE 2), Bradford County Animal Control, a subdivision of Bradford County, Florida (DOE 3), Ann Miller (DOE 4), Jennifer Frank, DVM (DOE 5), Sergeant Glenn Ward, individually and in official capacity as a Sheriff of Bradford County, Florida, Administrative Services (DOE 6), and DOES 7-10, inclusive, Defendants.

*Defendant(s)*

Civil Action No. 3:26-cv-519-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TO: Jennifer Frank, DVM (DOE 5)
Jennifer Franz Mobile Veterinary Services
3436 NW 19th Terrace
Gainesville, FL 32605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Katherine Day-Petrano
David Frank Petrano
2501 SE 143rd Way
Starke, FL 32091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

[signature]
*Signature of Clerk or Deputy Clerk*