United States District Court
Middle District of Florida
Jacksonville Division

**MARY KATHERINE DAY-PETRANO
& DAVID FRANK PETRANO,**

   *Plaintiffs,*

v.                                                          **NO. 3:26-cv-519-JEP-PDB**

**JOHN MILLER ET AL.,**

   *Defendants.*

---

# Order

The court ordered the plaintiffs to each file, by May 14, 2026, a disclosure statement as required by Local Rule 3.03. Doc. 18. They have not complied with the order. By **June 15, 2026**, the plaintiffs must each (1) file a disclosure statement using the form required by Local Rule 3.03 and (2) show cause by separate writing why sanctions should not be imposed for failure to comply with the order. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

**Ordered** in Jacksonville, Florida, on May 26, 2026.

Patricia D. Barksdale
United States Magistrate Judge

c:   Mary Katherine Day-Petrano
     2501 SE 143rd Way
     Starke, FL 32091

     David Frank Petrano
     2501 SE 143rd Way
     Starke, FL 32091